LEONORA B. ROSSBACH et al., as Trustees under the Will of LEOPOLD ROSSBACH, Deceased, Appellants, *v.* MARION V. ROSENBLUM, as Administratrix with the Will Annexed of the Estate of ABRAHAM ROSENBLUM et al., Respondents.

Argued December 3, 1940; decided December 31, 1940.

*Lionel S. Popkin* and *Mortimer H. Hess* for appellants.
*Leonard Belford* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.